UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>RALPH DIAZ,<br><br>　　　　　Respondent. | Case No. CV 19-10239-PA (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected.

　　　IT IS THEREFORE ORDERED that Judgment be entered (1) denying and dismissing Claim One of the Petition challenging the April 27, 2018 disciplinary hearing with prejudice; and (2) dismissing Claims Two of the Petition challenging the August 28, 2018 disciplinary hearing without prejudice.

Dated: April 21, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　United States District Judge