JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | Case No. CV 19-10239-PA (KK) |
|           Petitioner, | |
|           v. | JUDGMENT |
| RALPH DIAZ, | |
|           Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the action is DISMISSED and (1) Claim One of the Petition challenging the April 27, 2018 disciplinary hearing is DENIED and DISMISSED with prejudice; and (2) Claim Two of the Petition challenging the August 28, 2018 disciplinary hearing is DISMISSED without prejudice.

Dated:  April 21, 2020

_____
PERCY ANDERSON
United States District Judge